IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Kenya T | Case Number: 08 B 09991 |
| | Judge: Squires, John H |
| Printed: 5/6/08 | Filed: 4/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Transferred: April 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | HSBC Auto Finance | Secured | 4,000.00 | 0.00 |
| 2. | Monterey Financial Services | Secured | 600.00 | 0.00 |
| 3. | Mid America Federal Savings Bank | Secured | 7,000.00 | 0.00 |
| 4. | Lindenwood Condo Association | Secured | 6,500.00 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 43.12 | 0.00 |
| 6. | Sallie Mae | Unsecured | | No Claim Filed |
| 7. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 8. | American Express | Unsecured | | No Claim Filed |
| 9. | Americash Loans | Unsecured | | No Claim Filed |
| 10. | Chase Manhattan | Unsecured | | No Claim Filed |
| 11. | Asset Acceptance | Unsecured | | No Claim Filed |
| 12. | First Premier | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Discover Financial Services | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | JP Morgan Chase Bank | Unsecured | | No Claim Filed |
| 17. | Diverde Dental | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | Credit Management Co. | Unsecured | | No Claim Filed |
| 20. | Genesis Financial Services Corp | Unsecured | | No Claim Filed |
| 21. | Charter One Bank | Unsecured | | No Claim Filed |
| 22. | MBNA Consumer Services Inc | Unsecured | | No Claim Filed |
| 23. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 24. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 25. | MCI Telecommunications | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Kenya T

Printed: 5/6/08

Case Number: 08 B 09991
Judge: Squires, John H
Filed: 4/22/08

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Payday Loan | Unsecured | | No Claim Filed |
| 27. | One Iron Ventures | Unsecured | | No Claim Filed |
| 28. | Park Dansan | Unsecured | | No Claim Filed |
| 29. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 30. | Sears | Unsecured | | No Claim Filed |
| 31. | Personal Finance Company | Unsecured | | No Claim Filed |
| 32. | SBC | Unsecured | | No Claim Filed |
| 33. | Dominick's Finer Foods | Unsecured | | No Claim Filed |
| 34. | IDES | Unsecured | | No Claim Filed |
| 35. | Sears | Unsecured | | No Claim Filed |
| 36. | St James Hospital | Unsecured | | No Claim Filed |
| 37. | T Mobile USA | Unsecured | | No Claim Filed |
| 38. | Transworld | Unsecured | | No Claim Filed |
| 39. | TRS Services | Unsecured | | No Claim Filed |
| 40. | Sunaina Sahgal MD | Unsecured | | No Claim Filed |
| | | | $ 18,143.12 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate    Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____